# EXHIBIT P-17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| Aida Acela ABREU PENA, | § | |
| Angel ABREU DIAZ, | § | |
| Leyanis ALBO VALLADARES, | § | |
| Jose Javier ALEMAN RODRIGUEZ, | § | |
| Danais ALFONSO RAMOS, | § | |
| Diana Rosa ALONSO PONS, | § | |
| Maylen ALVAREZ BAEZ, | § | |
| Yuleidy ARO RAMIREZ, | § | |
| Luis F. BASULTO LOPEZ, | § | |
| Pedro A. BESTARD HERNANDEZ, | § | |
| Efren BRAVO AGUIRRE, | § | |
| C.F.B.I., a minor, | § | **Case No.: 1:26-CV-22723** |
| Victor Efren BRAVO RODRIGUEZ, | § | |
| C.C.A., a minor, | § | |
| Drialis CABEZA DEFAUS, | § | |
| Oniel CANA CESPEDES, | § | |
| Wilser CANTERO PENA, | § | |
| Harold CANTERO HERNANDEZ, | § | |
| Yosbel CARMENATES CARMENATES, | § | |
| Daymara CASTILLO QUINTERO, | § | |
| Maximo R. CESPEDES JAIME, | § | |

Roman CHAVEZ GUERRA, §
§
Jessica CHAVEZ GONZALEZ, §
§
Angel A. CISNEROS ARROYO, §
§
Gilberto COLLAZO DE ARMAS, §
§
Maria Victoria CORPAS CORDERO, §
§
Wendy CORRALES TASCON, §
§
Sayli CRUZ SANTI, §
§
Jose C. DIAZ BETANCOURT, §
§
Yasmani DIAZ CASTILLO, §
§
Andres DIAZ FIOL, §
§
Anthony DIAZ MEDINA, §
§
Tamara DIAZ SANCHEZ, §
§
S.D.R., a minor, §
§
S.D.R., a minor, §
§
C.D.V., a minor, §
§
Isabel DOMINGUEZ MOSQUERA, §
§
Maidelis DORTA GONZALEZ, §
§
Manuel A. ELIS ORTIZ, §
§
Daniuska ENCARNACION VERANO, §
§
Erwis ESTRADA GARBEY, §
§
Rosalia Indira ESTRADA RIVERO, §
§
Dana Ledys ENRIQUEZ PADRON, §
§
Yadiana ESCALONA HERRERA, §
§

Hermis FERNANDEZ PEREZ, §
§
Alejandra M. FRAGA CASTRO, §
§
Yudanis FRIAS TORRES, §
§
Victor W. GAMEZ QUESADA, §
§
Adrian GARCIA BURGOS, §
§
Vladimir GARCIA BURGOS, §
§
Jose C. GARCIA HERNANDEZ, §
§
Ceydil GARCIA LEON, §
§
E.G.L., a minor, §
§
Bryan A. GONZALEZ GONZALEZ, §
§
Maikel GONZALEZ MUJICA, §
§
Misael GONZALEZ RODRIGUEZ, §
§
Didier GUZMAN ROMERO, §
§
Marlon HERNANDEZ ARRIETE, §
§
Lisdanis HERNANDEZ CARDOSO, §
§
Marislen HERNANDEZ HERNANDEZ, §
§
Adrian HERNANDEZ GONZALEZ, §
§
Katerin HERNANDEZ RISCO, §
§
Andres HERNANDEZ SUREN, §
§
Maike HERNANDEZ QUINTA, §
§
Alejandro HIEDRA FEBLES, §
§
Camila IZAGUIRRE ALFONSO, §
§
Mirbely IZQUIERDO SANTANA, §
§

Aurelio JACINTO VALDES, §
§
Liliana JAIME UNTORIA, §
§
Andrea Julia JUARRERO COURET, §
§
D.C.J., a minor, §
§
Milay JUSTO DIAZ, §
§
Guillermo LEGRA DIAZ, §
§
Margarita LEON NUNEZ, §
§
Manuel LIMIA MARQUEZ, §
§
Lesnier LOPEZ CUBA, §
§
Jose Manuel LOPEZ BARREIRO, §
§
Frank LOPEZ AVILA, §
§
Gretter L. LOPEZ MOYA, §
§
Marynes LOPEZ PENA, §
§
Yasmany LLANES RODRIGUEZ, §
§
Roiler LLUCH JORGE, §
§
Mabel MACHIN GONZALEZ, §
§
Juan P. MADRAZO VAZQUEZ, §
§
Rafael MAILLO FONSECA, §
§
Yisel MANZUR RODRIGUEZ, §
§
Ariana MARRERO ALMEIDA, §
§
Adanay MARRERO GARCIA, §
§
Idaima MARRERO LAGUARDA, §
§
Angel MARTINEZ PADRON, §
§

Alfredo R. MARTINEZ TOLEDO, §
§
Greisy MAS DIAZ, §
§
Miguel Rafael MATOS LABRADA, §
§
Lester MAURIZ SANCHEZ, §
§
A.M.M., a minor, §
§
Suilen MERINO CARNERO, §
§
Noidilys MARQUEZ MOREJON, §
§
I.M.D., a minor, §
§
Antonio MONROY TORROELLA, §
§
Dilayda R. MUNOZ NARANJO, §
§
Daniel Jesus NARANJO CESPEDES, §
§
Yasniel NARANJO CARRILLO, §
§
Betina NEYRA RAOLA, §
§
Daritza B. ORDAZ SANCHEZ, §
§
Lisandro PADRON GARCIA, §
§
Leandro PEDRAZA AMENEIRO, §
§
Leobel PENA CHICO, §
§
A.P.G., a minor, §
§
Onelvi PEREZ FERNANDEZ, §
§
Arlet PEREZ GONZALEZ, §
§
Wencier PEREZ RICARDO, §
§
Yariel E. PEREZ SANTILER, §
§
Rene A. PEREZ SOTO, §
§

Claudia De La Caridad PINO FRIAS, §
§
Lisett PINO MARQUEZ, §
§
Luis Daniel PRIETO GUZMAN, §
§
Miguel PUEBLA ARBESU, §
§
Javier QUESADA CHANS, §
§
Jesus Josue QUINTANA PIEDRA, §
§
Leyan QUINTANA MAS, §
§
I.I.Q.C., a minor, §
§
Daniel D.J. REYES BRAVO, §
§
Carolina RIGAU JUSTO, §
§
Wilian Alberto RIOS SALINAS, §
§
Elier Eduardo ROCHE GARCIA, §
§
Yunior ROCHE RAVELO, §
§
Lisandra RODRIGUEZ ALVAREZ, §
§
Nelson RODRIGUEZ ANDUX, §
§
Roberto E. RODRIGUEZ ESPINOSA, §
§
Enrique D. RODRIGUEZ GRAS, §
§
Liliam RODRIGUEZ HERRERA, §
§
Julio Cesar RODRIGUEZ LUIS, §
§
Roberto RODRIGUEZ MARTINEZ, §
§
Jonhan A. RODRIGUEZ PORTUONDO, §
§
Henry B. RODRIGUEZ RUIZ, §
§
Alejandro RODRIGUEZ VASQUEZ, §
§

Ailin ROJAS SANTIESTEBAN, §

Reniel ROMAN ORTEGA, §

Maylon David ROMERO MORALES, §

Gabriel RUIZ VERA, §

H.J.S.E., a minor, §

Melissa SALINA OROPESA, §

Jorge I. SANCHEZ TORRES, §

Remberto SANDOVAL ALBALAT, §

Alejandro SANDOVAL FELICIANO, §

Sandra SANTANA ARROYO, §

Teresita G. SERRANO FUENTES, §

Yamile SOLANO GARCIA, §

Gleidys SORI VELAZQUEZ, §

Jose Alejandro SUAREZ HERNANDEZ, §

Lianet SUAREZ MARTINEZ, §

C.T.C., a minor, §

R.G.T.C., a minor, §

Orniel TALAVERA ALONSO, §

Miguel A. TORRES MAGDALENO, §

Zulema TORRES PIQUERO, §

Ana Maria TRIANA MENDOZA, §

Amalia VALDES MARRERO, §

Edgar VALDES ULLOA, §

| | |
|---|---|
| Alejandro VEGA NAPOLES, | § |
| | § |
| Celly VILLAESCUSA ESCALANTE, | § |
| | § |
| Siu Leng WONG RAMOS, | § |
| | § |
| | § |
| *Plaintiffs,* | § |
| v. | § |
| | § |
| | § |
| U.S. Citizenship and Immigration Services; | § |
| | § |
| | § |
| Joseph B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; | § |
| | § |
| | § |
| | § |
| U.S. Department of Homeland Security; | § |
| | § |
| Markwayne MULLIN, in his official Capacity as U.S. Secretary of Homeland Security; | § |
| | § |
| | § |
| | § |
| *Defendants.* | § |

**DECLARATION OF ANTONIO MONROY TORROELLA**

I, ANTONIO MONROY TORROELLA, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am one of the Plaintiffs in the above-captioned action. I have personal knowledge of the matters described in this declaration, and if called to testify I could and would competently testify to the matters set forth herein.

2. I am a native and citizen of Cuba. I was inspected and admitted or paroled into the United States at Miami, Florida on or about February 22, 2023, and have since maintained continuous physical presence in the United States for a period now exceeding three years.

3. On March 7, 2024, I filed my CAA petition (Receipt No. MSC2490542546), with USCIS, based on my prima facie eligibility under the CAA. At the time of filing, USCIS represented that the median processing time for Form I-485 applications of this category was approximately 4.6 months. As of the date of this Complaint, my CAA petition has been pending for approximately 25 months.

4. My wife and minor child entered the United States under the same circumstances as I did and have already been granted lawful permanent resident status under the Cuban Adjustment Act. I remain the only member of my immediate household whose application has not been adjudicated, despite having a clean record and having been petitioned for by my United States citizen father.

5. The continuing delay in adjudication has affected my life in the following ways:

a. Employment and Career Opportunities. I currently work in shipping and operations for an art gallery in South Florida, where I have been employed for approximately three years and earn approximately $17.75 per hour. Although I have maintained my current employment, I have been unable to pursue better employment opportunities elsewhere because of the uncertainty surrounding my unresolved immigration status. My father has offered me better-paying work in construction and carpentry that would provide long-term career growth and training, but I cannot accept that opportunity while my status remains unresolved. I also hoped to pursue certification and additional training in pest control and fumigation services, which is the field in which I worked in Cuba, but I cannot confidently move forward with those plans while my immigration case remains pending.

b. Family Separation and Medical Hardship. I have not seen my mother in Cuba for approximately three years. My mother suffers from schizophrenia and requires lifelong medication and care. My sister serves as her primary caregiver in Cuba, and I assist by providing financial support whenever possible. Approximately eight months ago, my paternal grandmother passed away in Cuba. I was unable to see her before her death and could not attend her funeral because of my unresolved immigration status. I have also been unable to travel to visit or assist my father-in-law, who is suffering from metastatic prostate cancer.

c. Major Life Decisions. My family and I have been unable to move forward with long-term plans, including purchasing a home, traveling, and establishing greater financial stability, because of the continuing uncertainty surrounding my immigration status.

d. Daily Life, Health, and Emotional Impact. The prolonged uncertainty surrounding my immigration status has caused me substantial fear, anxiety, depression, and emotional distress. I fear traveling, driving, interactions with law enforcement, and potential immigration consequences while my case remains pending. I fear being separated from my spouse and minor child. The uncertainty has worsened my anxiety and contributed to elevated blood pressure that has required an increase in medication. I have repeatedly contacted USCIS, submitted requests for information, and attempted to obtain updates regarding my case, but have consistently been advised only that my case remains within processing times.

6. My Form I-485 application has now remained pending for approximately 25 months, well beyond USCIS's publicly represented processing times. My application remains pending without adjudication and, upon information and belief, remains subject to the Adjudication Hold imposed pursuant to USCIS Policy Memorandum 602-0192 and USCIS Policy Memorandum 602-0194.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Docusign Envelope ID: 822136C1-2642-8B9B-81E4-6B0C3B07108E


Executed on 5/22/2026, 2026.

Firmado por:

842232E393CA489...

ANTONIO MONROY TORROELLA