**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| Aida Acela ABREU PENA, *et al*.<br><br>*Plaintiffs,*<br>v.<br><br>U.S. Citizenship and Immigration Services; *et al*.<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.: 1:26-CV-22723** |

**NOTICE OF VOLUNTARY DISMISSAL - PLAINTIFFS BRYAN A. GONZALEZ GONZALEZ, CAMILA IZAGUIRRE ALFONSO, RENE A. PEREZ SOTO, AND GLEIDYS SORI VELAZQUEZ PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this lawsuit, Defendants have adjudicated the Form I-485 applications of Plaintiffs Bryan A. Gonzalez Gonzalez, Camila Izaguirre Alfonso, Rene A. Perez Soto, and Gleidys Sori Velazquez. Following the adjudication of their applications, Plaintiffs have obtained legal residency status in the United States. Accordingly, the relief they sought in this action has been obtained and their respective claims are now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Bryan A. Gonzalez Gonzalez, Camila Izaguirre Alfonso, Rene A. Perez Soto, and Gleidys Sori Velazquez hereby voluntarily dismiss their claims in this lawsuit.

Respectfully submitted,

***/s/ Ismael J. Labrador***

Ismael J. Labrador, Esq.
*Attorney for Plaintiffs*
FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

***s/ Yesenia L. Alfonso***

Yesenia L. Alfonso, Esq.
*Pro Hac Vice for Plaintiffs*
Bar No. NY 6115208
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305)261-7000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this **NOTICE OF VOLUNTARY DISMISSAL** and any attached pages was served upon the following parties on this 4th day of August 2026 via E-SERVICE (CM/ECF):

**USCIS – c/o Office of the Chief Counsel**
5900 Capital Gateway Drive, Mail Stop 2120,
Camp Springs, MD 20588-0009

**Joseph B. Edlow – c/o Office of the Chief Counsel**
5900 Capital Gateway Drive, Mail Stop 2120,
Camp Springs, MD 20588-0009

**U.S. Department of Homeland Security – c/o Office of the General Counsel**
2707 Martin Luther King Jr. Ave, SE Mail Stop 0485
Washington, DC 20528-0485

**Markwayne Mullin – c/o Office of the General Counsel**
2707 Martin Luther King Jr. Ave, SE Mail Stop 0485
Washington, DC 20528-0485

Respectfully submitted,

***/s/ Ismael J. Labrador***

Ismael J. Labrador, Esq.
*Attorney for Plaintiffs*
FL Bar No.: 1030508
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305) 261-7000

***s/ Yesenia L. Alfonso***

Yesenia L. Alfonso, Esq.
*Pro Hac Vice for Plaintiffs*
Bar No. NY 6115208
Gallardo Law Offices, P.A.
8492 SW 8th St
Miami, FL 33144
(305)261-7000