**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-22723-LEIBOWITZ/HERNANDEZ**

**AIDA ACELA ABREU PENA, *et al.*,**

*Plaintiffs,*

*v.*

**USCIS, *et al.*,**

*Defendants.*

______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiffs Bryan A. Gonzalez Gonzalez, Camila Izaguirre Alfonso, Rene A. Perez Soto, and Gleidys Sori Velazquez's Notice of Voluntary Dismissal [ECF No. 37], filed August 4, 2026. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED *without prejudice*** as to Plaintiffs Bryan A. Gonzalez Gonzalez, Camila Izaguirre Alfonso, Rene A. Perez Soto, and Gleidys Sori Velazquez. The ***Clerk of Court*** is *directed* to **TERMINATE** Plaintiffs Bryan A. Gonzalez Gonzalez, Camila Izaguirre Alfonso, Rene A. Perez Soto, and Gleidys Sori Velazquez from this action.

**DONE AND ORDERED** in the Southern District of Florida on August 21, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record