**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-22723-LEIBOWITZ/HERNANDEZ**

**AIDA ACELA ABREU PENA, *et al.*,**

*Plaintiffs,*

*v.*

**USCIS, *et al.*,**

*Defendants.*

______________________________________/

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules, the above-captioned action is referred to United States Magistrate Judge Yeney Hernandez for a ruling on all pretrial, non-dispositive matters, including any pending motions, and for a Report and Recommendation on all dispositive matters.

**DONE AND ORDERED** in the Southern District of Florida on October 6, 2026.



**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record